Estado Libre Asociado de Puerto Rico
TRIBUNAL DE APELACIONES
PANEL ESPECIAL (III)

| | | |
|---|---|---|
| CONSEJO DE TITULARES DEL CONDOMINIO DE DIEGO 444<br><br>Apelada<br><br>V.<br><br>MAPFRE PRAICO INSURANCE COMPANY<br><br>Apelante | KLAN202400064<br><br><br><br>Consolidado | *Apelación* procedente del Tribunal de Primera Instancia, Sala Superior de San Juan<br><br>Civil Núm.: SJ2019CV09012 |
| CONSEJO DE TITULARES DEL CONDOMINIO DE DIEGO 444<br><br>Apelante<br><br>V.<br><br>MAPFRE PRAICO INSURANCE COMPANY<br><br>Apelada | KLAN202400076 | Sobre: Reclamación Huracán María, Incumplimiento de Contrato, Mala Fe |

Panel integrado por su presidente, el Juez Figueroa Cabán, la Jueza Grana Martínez y el Juez Rodríguez Flores

Figueroa Cabán, juez ponente

**SENTENCIA**

En San Juan, Puerto Rico, a 31 de mayo de 2024.

A la *Moción Conjunta de Desistimiento por Acuerdo Transaccional,* presentada el 28 de mayo de 2024 por el Consejo de Titulares del Condominio De Diego 444 y Mapfre Praico Insurance Company, **con lugar**.

En consecuencia, se dicta sentencia de **desistimiento, con perjuicio**, y se ordena el cierre y archivo definitivo del presente procedimiento de apelación. Regla 83(A) del Reglamento del Tribunal de Apelaciones. 4 LPRA Ap. XXII-B, R. 83(A).

Número Identificador

SEN2024_____

Lo acordó el Tribunal y lo certifica la Secretaria del Tribunal de Apelaciones.

Lcda. Lilia M. Oquendo Solís
Secretaria del Tribunal de Apelaciones